UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MANUEL URIBE SOLIS,<br><br>Defendant. | No.  1:00-CR-5441-AWI<br><br>**ORDER TO REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that defendant Jose Manuel Uribe Solis is entitled to the benefit of Amendment 782, which reduces the total offense level from 38 to 36, resulting in an amended guideline range of 235 to 293 months, and a corresponding reduction in sentence under U.S.S.G. §5K1.1 from 292 to 235 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2002 is reduced to a term of 235 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1 | If not deported and unless otherwise ordered, Mr. Solis shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   February 5, 2015                    _____
                                             SENIOR DISTRICT JUDGE