John Balazs, Bar. No. 157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorneys for Defendant
JOSE MANUEL URIBE SOLIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MANUEL URIBE SOLIS,<br><br>Defendant. | No. 1:00-CR-5441-AWI<br><br>***AMENDED* STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Hon. Anthony W. Ishii |

Defendant, JOSE MANUEL URIBE SOLIS by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Dawrence W. Rice, Jr., hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.  On May 3, 2002, this Court sentenced Mr. Solis to a term of 292 months imprisonment on Count 1, and the remaining counts against him were dismissed;

3.  The district court determined his total offense level to be 38, his criminal history category was III, and the resulting guideline range was 292-365 months; the Court followed the government's recommendation that Mr. Solis be sentenced to the bottom of the guideline range, or 292 months;

  4. The sentencing range applicable to Mr. Solis was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

  5. Mr. Solis's total offense level has been reduced from 38 to 36, and his amended guideline range is 235 to 293 months; and, with the same bottom of guideline range, the sentence would be reduced to 235 months;

  6. As part of this agreement, Mr. Solis has moved to voluntarily withdraw his appeal in *United States v. Solis*, No. 14-15234;

  7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Solis's term of imprisonment to a term of 235 months.

Respectfully submitted,

Dated: February 6, 2015       Dated: February 6, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Dawrence W. Rice, Jr.      /s/John Balazs
DAWRENCE W. RICE, JR.     JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff        Attorney for Defendant
UNITED STATES OF AMERICA   JOSE MANUEL URIBE SOLIS

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that defendant Jose Manuel Uribe Solis is entitled to the benefit of Amendment 782, which reduces the total offense level from 38 to 36, resulting in an amended guideline range of 235 to 293 months, and a corresponding reduction in sentence from 292 to 235 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2002 is reduced to a term of 235 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

If not deported and unless otherwise ordered, Mr. Solis shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   February 6, 2015                                     _____
                                                                                    SENIOR DISTRICT JUDGE